MARK E. FERRARIO
Nevada Bar No. 1625
KYLE A. EWING
Nevada Bar No. 14051
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com
       ewingk@gtlaw.com

*Counsel for Onyx & Rose, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ONYX & ROSE, LLC, | Case No. 2:20-cv-00008-KJD-DJA |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |
| T1 Payments LLC, | |
| Defendant. | **(First Request)** |

Plaintiff Onyx & Rose, LLC ("Onyx & Rose"), and Defendant T1 Payments LLC (T1 Payments")(collectively, the "Parties"), stipulate and agree as follows, under LR IA 6-1, LR IA 6-2, and LR 7-1:

1.    On January 7, 2020, T1 Payments filed a Motion to Dismiss Count II of Plaintiff Onyx & Rose's Complaint, Or, in the Alternative, for Summary Judgment (the "Motion").

2.    The Court Clerk has calendared the deadline for Onyx & Rose to respond to T1 Payments' Motion as January 21, 2020.

3.    The Parties agree to extend the deadline for Onyx & Rose to respond to the Motion by fourteen (14) days to February 4, 2020.

4.    Counsel for Onyx & Rose has requested additional time to analyze T1 Payments' Motion and prepare a response, in light of the fact that this case was recently transferred to this Court from the United States District Court for the Western District of Kentucky, *see* ECF Nos.

/ / /

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

12–14, and the undersigned counsel for Onyx & Rose were only retained on January 15, 2020, after Onyx & Rose's diligent effort to retain competent Nevada counsel.

5. Counsel for Onyx & Rose has requested the extension to provide ample time to prepare a response to T1 Payments' Motion that best promotes the just, speedy, and inexpensive determination of this action, and counsel for T1 Payments has agreed to the extension.

6. This is the first stipulation for an extension of time for Onyx & Rose to respond to T1 Payments' Motion, and the Stipulation is not made for purposes of delay.

Dated:   January 16, 2020                         Dated:  January 16, 2020

**GREENBERG TRAURIG, LLP**          **LARSON ZIRZOW KAPLAN & COTTNER**


_____/s/ Kyle A. Ewing_____          _____/s/ Kory L. Kaplan_____
MARK E. FERRARIO                          KORY L. KAPLAN
Nevada Bar No. 1625                       Nevada Bar No. 13164
KYLE A. EWING                             850 E. Bonneville Ave.
Nevada Bar No. 14051                      Las Vegas, NV 89101
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135                       *Counsel for T1 Payments LLC*

*Counsel for Onyx & Rose, LLC*



**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:**  _1/24/2020_____

ADMIN 36406902v1