MARK E. FERRARIO
Nevada Bar No. 1625
KYLE A. EWING
Nevada Bar No. 14051
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email: ferrariom@gtlaw.com
ewingk@gtlaw.com

*Counsel for Onyx & Rose, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ONYX & ROSE, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>T1 Payments LLC,<br><br>　　　　　　Defendant. | Case No. 2:20-cv-00008-KJD-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br><br>**(Second Request)** |

Plaintiff Onyx & Rose, LLC ("Onyx & Rose"), and Defendant T1 Payments LLC (T1 Payments") (collectively, the "Parties"), stipulate and agree as follows, under LR IA 6-1, LR IA 6-2, and LR 7-1:

1. On January 7, 2020, T1 Payments filed a Motion to Dismiss Count II of Plaintiff Onyx & Rose's Complaint, Or, in the Alternative, for Summary Judgment (the "Motion").

2. The Court Clerk has calendared the deadline for Onyx & Rose to respond to T1 Payments' Motion as January 21, 2020.

3. The Parties agreed to extend the deadline for Onyx & Rose to respond to the Motion by fourteen (14) days to February 4, 2020, and on January 16, 2020, the Parties filed a Stipulation and [Proposed] Order to that Effect.

4. The Parties now agree to extend the deadline for Onyx & Rose to respond to the Motion by an additional fourteen (14) days to February 18, 2020.

/ / /

1

ACTIVE 48539842v1

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

5. Counsel for Onyx & Rose has requested the additional time to continue to analyze T1 Payments' Motion and prepare a response, in light of the fact that this case was recently transferred to this Court from the United States District Court for the Western District of Kentucky, *see* ECF Nos. 12–14, and the undersigned counsel for Onyx & Rose were only retained on January 15, 2020, after Onyx & Rose's diligent effort to retain competent Nevada counsel.

6. Counsel for Onyx & Rose is diligently analyzing Onyx & Rose's claims and T1 Payments' Motion under Nevada law and has requested the extension to provide ample time to prepare a response to T1 Payments' Motion that best promotes the just, speedy, and inexpensive determination of this action, and counsel for T1 Payments has agreed to the extension.

7. This is the second stipulation for an extension of time for Onyx & Rose to respond to T1 Payments' Motion, and the Stipulation is not made for purposes of delay.

Dated: January 31, 2020                     Dated: January 31, 2020

**GREENBERG TRAURIG, LLP**                  **LARSON ZIRZOW KAPLAN & COTTNER**


  */s/ Kyle A. Ewing*                          */s/ Kory L. Kaplan*
MARK E. FERRARIO                            KORY L. KAPLAN
Nevada Bar No. 1625                         Nevada Bar No. 13164
KYLE A. EWING                               850 E. Bonneville Ave.
Nevada Bar No. 14051                        Las Vegas, NV 89101
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135                         *Counsel for T1 Payments LLC*

*Counsel for Onyx & Rose, LLC*

**IT IS SO ORDERED.**

**UNITED STATES DISTRICT JUDGE**

**DATED:**  February 3, 2020

ACTIVE 48539842v1