MARK E. FERRARIO
Nevada Bar No. 1625
KYLE A. EWING
Nevada Bar No. 14051
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email: ferrariom@gtlaw.com
ewingk@gtlaw.com

*Counsel for Onyx & Rose, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ONYX & ROSE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>T1 Payments LLC,<br><br>Defendant. | Case No. 2:20-cv-00008-KJD-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br><br>**(Third Request)** |

Plaintiff Onyx & Rose, LLC ("Onyx & Rose"), and Defendant T1 Payments LLC ("T1 Payments") stipulate and agree as follows, under LR IA 6-1, LR IA 6-2, and LR 7-1:

1. On January 7, 2020, T1 Payments filed a Motion to Dismiss Count II of Plaintiff Onyx & Rose's Complaint, or, in the Alternative, for Summary Judgment (the "Motion").

2. The Parties previously agreed to extend the deadline for Onyx & Rose to respond to the Motion by fourteen (14) days to February 4, 2020; on January 16, 2020, the Parties filed a Stipulation and [Proposed] Order to that effect, which the Court granted. *See* ECF No. 25.

3. The Parties agreed further to extend the deadline for Onyx & Rose to respond to the Motion by an additional fourteen (14) days to February 18, 2020; on January 31, 2020, the Parties filed a Stipulation and [Proposed] Order to that effect, which the Court granted. *See* ECF No. 27.

4. The Parties now agree to extend the deadline for Onyx & Rose to respond to the Motion by an additional seven (7) days to February 25, 2020.

1

ACTIVE 48857487v2

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

5. The Parties, through their counsel, have been negotiating a potential compromise of this matter. Although the Parties have been working diligently to reach a mutually acceptable resolution, negotiations continue. The negotiations are near their conclusion, however, and the undersigned counsel expect the Parties to reach agreement or determine that litigation will proceed within the seven (7) additional days requested.

6. Accordingly, and in the interest of conserving the resources of the Parties and the Court, counsel for Onyx & Rose requested this extension to avoid unnecessary briefing in the event of a settlement, and T1 Payments agreed to the extension for that purpose.

7. This is the third stipulation for an extension of time for Onyx & Rose to respond to T1 Payments' Motion, and the Stipulation is not made for purposes of delay.

Dated: February 18, 2020                                  Dated: February 18, 2020

**GREENBERG TRAURIG, LLP**                        **LARSON ZIRZOW KAPLAN & COTTNER**

 /s/ Kyle A. Ewing                                                   /s/ Kory L. Kaplan
MARK E. FERRARIO                                          KORY L. KAPLAN
Nevada Bar No. 1625                                          Nevada Bar No. 13164
KYLE A. EWING                                                 850 E. Bonneville Ave.
Nevada Bar No. 14051                                        Las Vegas, NV 89101
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135                                          Counsel for T1 Payments LLC

Counsel for Onyx & Rose, LLC

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** February 20, 2020