1  MARK E. FERRARIO
   Nevada Bar No. 1625
2  KYLE A. EWING
   Nevada Bar No. 14051
3  **GREENBERG TRAURIG, LLP**
   10845 Griffith Peak Drive, Suite 600
4  Las Vegas, NV 89135
   Telephone: (702) 792-3773
5  Facsimile: (702) 792-9002
   Email: ferrariom@gtlaw.com
6          ewingk@gtlaw.com
7
8  *Counsel for Onyx & Rose, LLC*

9              **UNITED STATES DISTRICT COURT**

10              **DISTRICT OF NEVADA**

11  ONYX & ROSE, LLC,                    Case No. 2:20-cv-00008-KJD-DJA

12                           Plaintiff,

13  v.                                   **JOINT STATUS REPORT AND
                                         STIPULATION REGARDING
14  T1 Payments LLC,                     DEADLINES**

15                           Defendant.

16

17          Plaintiff Onyx & Rose, LLC, and Defendant T1 Payments LLC submit this joint status

18  report regarding the notice of settlement [ECF No. 30] filed by Onyx & Rose on February 25, 2020

19  ("Notice").  Although the February 25, 2020, notice was not styled as a joint notice, counsel for

20  Onyx & Rose submitted the Notice to counsel for T1 Payments LLC for his review, and counsel

21  for T1 Payments agreed to its submission.

22          The Notice stated that "the Parties have reached an agreement in principle to resolve this

23  action …."  (*See* ECF No. 30).  A dispute over settlement has arisen since.  The Parties continue to

24  negotiate the settlement and evaluate the enforceability of the agreement the Parties previously

25  announced.  The Parties therefore request additional time to finalize settlement.  Specifically, the

26  Parties request the Court suspend deadlines in this matter and provide forty-five (45) days for the

27  Parties to file one of the following: (i) dismissal documents; (ii) a stipulation and order to stay the

28  case pending judicial determination of the Parties' settlement dispute; or (iii) a proposed discovery

*(left margin, vertical text)* **GREENBERG TRAURIG, LLP** 10845 Griffith Peak Drive, Suite 600 Las Vegas, Nevada 89135 Telephone: (702) 792-3773 Facsimile: (702) 792-9002

1

plan and scheduling order.  If negotiations are not fruitful, Onyx & Rose might pursue enforcement judicially which T1 Payments will oppose.

Dated this 29th day of April, 2020.

Dated this 29th day of April, 2020.

**GREENBERG TRAURIG, LLP**

**LARSON ZIRZOW KAPLAN & COTTNER**

_/s/ Kyle A. Ewing_

MARK E. FERRARIO
Nevada Bar No. 1625
KYLE A. EWING
Nevada Bar No. 14051
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

_Counsel for Onyx & Rose, LLC_

_/s/ Kory L. Kaplan_

KORY L. KAPLAN
Nevada Bar No. 13164
850 E. Bonneville Ave.
Las Vegas, NV 89101

_Counsel for T1 Payments LLC_

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

**DATED:** April 30, 2020

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

2