MARK E. FERRARIO
Nevada Bar No. 1625
KYLE A. EWING
Nevada Bar No. 14051
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email: ferrariom@gtlaw.com
　　　　ewingk@gtlaw.com

*Counsel for Onyx & Rose, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ONYX & ROSE, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>T1 Payments LLC,<br><br>　　　　　　　　Defendant. | Case No. 2:20-cv-00008-KJD-DJA<br><br>**ORDER TO DISMISS** |

　　　Plaintiff ONYX & ROSE, LLC, and Defendant T1 PAYMENTS LLC, being the only parties to this action, hereby stipulate and agree to dismiss the above-captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

[Continued on following page]

1

The parties further stipulate and agree that each party shall bear its own respective attorneys' fees, costs, and expenses in connection with and related to the above-captioned matter.

DATED:  July 8, 2020                                                          DATED:  July 8, 2020

**GREENBERG TRAURIG, LLP**                                     **KAPLAN COTTNER**

 /s/ Kyle A. Ewing                                                                  /s/ Kory L. Kaplan
MARK E. FERRARIO                                                    KORY L. KAPLAN
Nevada Bar No. 1625                                                    Nevada Bar No. 13164
KYLE A. EWING                                                            850 E. Bonneville Ave.
Nevada Bar No. 14051                                                  Las Vegas, NV 89101
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135                                                    *Counsel for T1 Payments LLC*

*Counsel for Onyx & Rose, LLC*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

DATED:  7/9/2020

2